**EXHIBIT A**

|   | Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|---|
| 1 | Jay Lehmann, A Pathway to Introductory Statistics, 1st ed. | TX0008184355 | 2015-10-13 |
| 2 | Allen Angel, A Survey of Mathematics with Applications, 10th ed. | TX0008198421 | 2015-11-13 |
| 3 | Marshall Romney, Accounting Information Systems, 14th ed. | TX0008440473 | 2017-07-17 |
| 4 | Robert Blitzer, Algebra and Trigonometry, 6th ed. | TX0008448208 | 2017-07-31 |
| 5 | Marvin Bittinger, Algebra and Trigonometry: Graphs and Models, 6th ed. | TX0008404881 | 2017-03-02 |
| 6 | Eric Chaisson, Astronomy Today Volume 1: The Solar System, 9th ed. | TX0008471384 | 2017-09-13 |
| 7 | Karen Timberlake, Basic Chemistry, 6th ed. | TX0008766300 | 2019-06-25 |
| 8 | Elayn Martin-Gay, Basic College Mathematics, 6th ed. | TX0008553137 | 2018-03-09 |
| 9 | Allyn Washington, Basic Technical Mathematics, 11th ed. | TX0008471614 | 2017-09-06 |
| 10 | Jeff Hardin, Becker's World of the Cell, 9th ed. | TX0008210319 | 2016-01-08 |
| 11 | Elayn Martin-Gay, Beginning & Intermediate Algebra, 6th ed. | TX0008334002 | 2016-09-14 |
| 12 | John Tobey, Beginning & Intermediate Algebra, 5th ed. | TX0008399611 | 2017-03-02 |
| 13 | Kendall Martin, Better Business, 5th ed. | TX0008586052 | 2017-11-13 |
| 14 | Judith Goodenough, Biology of Humans: Concepts, Applications, and Issues, 6th ed. | TX0008241495 | 2016-03-04 |
| 15 | Gerald Audesirk, Biology: Life on Earth, 12th ed. | TX0008767550 | 2019-07-15 |
| 16 | Marc Triola, Biostatistics for the Biological and Health Sciences, 2d ed. | TX0008487377 | 2017-10-02 |
| 17 | Michael Madigan, Brock Biology of Microorganisms, 15th ed. | TX0008501797 | 2017-09-21 |

| | | | |
|---|---|---|---|
| 18 | Barbara Shwom, Business Communication: Polishing Your Professional Presence, 4th ed. | TX0008591990 | 2018-06-08 |
| 19 | Henry Cheeseman, Business Law, 10th ed. | TX0008552945 | 2018-03-05 |
| 20 | Gary Clendenen, Business Mathematics, 14th ed. | TX0008602155 | 2018-06-08 |
| 21 | Richard De Veaux, Business Statistics, 4th ed. | TX0008737174 | 2019-02-25 |
| 22 | David Groebner, Business Statistics: A Decision-Making Approach, 10th ed. | TX0008498574 | 2017-09-21 |
| 23 | Raymond Greenwell, Calculus for the Life Sciences, 2d ed. | TX0007888202 | 2014-05-08 |
| 24 | Margaret Lial, Calculus with Applications, 11th ed. | TX0008271175 | 2016-04-21 |
| 25 | William Briggs, Calculus: Early Transcendentals, 3d ed. | TX0008589494 | 2018-06-08 |
| 26 | Lisa Urry, Campbell Biology, 11th ed. | TX0008472354 | 2017-08-14 |
| 27 | Rebecca Orr & Lisa A. Urry, Campbell Biology in Focus, 3d ed. | TX0008764205 | 2019-07-15 |
| 28 | Eric Simon, Campbell Biology: Concepts & Connections, 9th ed. | TX0008539826 | 2017-09-29 |
| 29 | Nivaldo Tro, Chemistry: A Molecular Approach, 5th ed. | TX0008764178 | 2019-07-15 |
| 30 | Karen Timberlake, Chemistry: An Introduction to General, Organic, and Biological Chemistry, 13th ed. | TX0008478279 | 2017-09-28 |
| 31 | Theodore Brown, Chemistry: The Central Science, 14th ed. | TX0008458230 | 2017-08-14 |
| 32 | Jeffrey Slater, College Accounting: A Practical Approach, 13th ed. | TX0008051598 | 2015-04-03 |
| 33 | Robert Blitzer, College Algebra, 7th ed. | TX0008454915 | 2017-07-31 |
| 34 | Marvin Bittinger, College Algebra, 5th ed. | TX0008088509 | 2015-04-20 |
| 35 | Marvin Bittinger, College Algebra, 7th ed. | TX0008592235 | 2018-06-08 |
| 36 | Mark Dugopolski, College Algebra, 6th ed. | TX0007883759 | 2014-03-27 |
| 37 | Margaret Lial, College Algebra and Trigonometry, 6th ed. | TX0008382051 | 2017-01-27 |

| | | | |
|---|---|---|---|
| 38 | Lisa Yocco, College Algebra in Context with Applications for the Managerial, Life, and Social Sciences, 5th ed. | TX0008244820 | 2016-03-04 |
| 39 | Gary Rockswold, College Algebra with Modeling & Visualization, 6th ed. | TX0008501793 | 2017-09-21 |
| 40 | Philip Adams, College Physics, 11th ed. | TX0008764251<br>TX0008764151 | 2019-07-15<br>2019-07-15 |
| 41 | Randall D. Knight, College Physics: A Strategic Approach, 4th ed. | TX0008670418 | 2018-10-02 |
| 42 | Eugenia Etkina, College Physics: Explore and Apply, 2d ed. | TX0008573854 | 2018-03-29 |
| 43 | Keith Ross, Computer Networking: A Top-Down Approach, 7th ed. | TX0008387099 | 2017-04-03 |
| 44 | Paul Hewitt, Conceptual Physical Science, 6th ed. | TX0008249808 | 2016-03-04 |
| 45 | Michael Solomon, Consumer Behavior: Buying, Having, and Being, 12th ed. | TX0008384229 | 2017-02-15 |
| 46 | Frank Schmalleger, Criminal Justice: A Brief Introduction, 13th ed. | TX0008786038 | 2019-08-29 |
| 47 | Richard Saferstein, Criminalistics: An Introduction to Forensic Science, 12th ed. | TX0008541729 | 2017-10-27 |
| 48 | David Whetten, Developing Management Skills, 9th ed. | TX0008104703 | 2015-05-29 |
| 49 | Marvin Bittinger, Developmental Mathematics, 9th ed. | TX0008142183 | 2015-08-04 |
| 50 | Frederick Lutgens, Earth Science, 15th ed. | TX0008546773 | 2018-01-22 |
| 51 | Glenn Hubbard, Economics, 6th ed. | TX0008382058 | 2017-02-15 |
| 52 | Anita Woolfolk, Educational Psychology, 14th ed. | TX0008571544 | 2018-03-09 |
| 53 | James Nilsson, Electric Circuits, 11th ed. | TX0008712906 | 2018-12-06 |
| 54 | Allan Hambley, Electrical Engineering: Principles & Applications, 7th ed. | TX0008480111 | 2017-09-21 |
| 55 | David Buchla, Electronics Fundamentals: Circuits, Devices & Applications, 8th ed. | TX0007048552 | 2009-09-22 |
| 56 | Barbara Johnson, Elementary and Intermediate Algebra: Concepts and Applications, 7th ed. | TX0008484594 | 2017-09-06 |

| 57 | Mario Triola, Elementary Statistics, 13th ed. | TX0008529881 | 2017-10-02 |
| --- | --- | --- | --- |
| 58 | Ron Larson, Elementary Statistics: Picturing the World, 7th ed. | TX0008558429 | 2018-03-09 |
| 59 | Bruce Barringer, Entrepreneurship: Successfully Launching New Ventures, 6th ed. | TX0008589490 | 2018-06-08 |
| 60 | Richard Wright, Environmental Science: Toward A Sustainable Future, 13th ed. | TX0008232929 | 2016-02-16 |
| 61 | Paula Bruice, Essential Organic Chemistry, 3d ed. | TX0008127001 | 2015-07-10 |
| 62 | Richard Wolfson, Essential University Physics: Volume 1, 4th ed. | TX0008772712 | 2019-06-26 |
| 63 | Norman Scarborough, Essentials of Entrepreneurship and Small Business Management, 9th ed. | TX0008583574 | 2018-05-04 |
| 64 | Edward Tarbuck, Essentials of Geology, 13th ed. | TX0008443560 | 2017-08-14 |
| 65 | Elaine Marieb, Essentials of Human Anatomy & Physiology, 12th ed. | TX0008536639 | 2017-11-03 |
| 66 | Harold Thurman, Essentials of Oceanography, 13th ed. | TX0008770847 | 2019-07-12 |
| 67 | C. William Thomas, Financial Accounting, 12th ed. | TX0008552941 | 2018-03-05 |
| 68 | Raymond Brooks, Financial Management: Core Concepts, 4th ed. | TX0008582828 | 2018-05-04 |
| 69 | Larry Goldstein, Finite Mathematics & Its Applications, 12th ed. | TX0008476540 | 2017-09-18 |
| 70 | Margaret Lial, Finite Mathematics and Calculus with Applications, 10th ed. | TX0008242432 | 2016-03-04 |
| 71 | Neil Carlson, Foundations of Behavioral Neuroscience, 9th ed. | TX0007716532 | 2013-04-17 |
| 72 | Dennis Tasa, Foundations of Earth Science, 8th ed. | TX0008326924 | 2016-07-15 |
| 73 | R. Nagle, Fundamentals of Differential Equations, 9th ed. | TX0008519034 | 2017-09-22 |
| 74 | John McMurry, Fundamentals of General, Organic, and Biological Chemistry, 8th ed. | TX0008414577 | 2017-05-08 |

4

| | | | |
|---|---|---|---|
| 75 | Gary Dessler, Fundamentals of Human Resource Management, 5th ed. | TX0008591988 | 2018-06-08 |
| 76 | Carter Stanfield, Fundamentals of HVACR, 3d ed. | TX0008234894 | 2016-02-16 |
| 77 | Scott Smart, Fundamentals of Investing, 13th ed. | TX0008396691 | 2017-05-01 |
| 78 | John Bowman, Genetic Analysis: An Integrated Approach, 3d ed. | TX0008583227 | 2018-04-13 |
| 79 | Robert Christopherson, Geosystems: An Introduction to Physical Geography, 10th ed. | TX0008476688 | 2017-08-15 |
| 80 | Tanya Littrell, Get Fit, Stay Well!, 4th ed. | TX0008540301 | 2017-10-30 |
| 81 | Warren Keegan, Global Marketing, 9th ed. | TX0008270604 | 2016-11-03 |
| 82 | William Wyckoff, Globalization and Diversity: Geography of a Changing World, 6th ed. | TX0008772562 | 2019-07-12 |
| 83 | Ella Mae Matsumura, Horngren's Accounting, 12th ed. | TX0008464965 | 2017-08-24 |
| 84 | Madhav Rajan, Horngren's Cost Accounting: A Managerial Emphasis, 16th ed. | TX0008469320 | 2017-08-24 |
| 85 | Ella Mae Matsumura, Horngren's Financial & Managerial Accounting, 6th ed. | TX0008472670 | 2017-08-24 |
| 86 | Elaine Marieb, Human Anatomy & Physiology, 11th ed. | TX0008592257 | 2018-06-08 |
| 87 | Michael Johnson, Human Biology: Concepts and Current Issues, 8th ed. | TX0008241107 | 2016-03-04 |
| 88 | Jeffrey Arnett, Human Development: A Cultural Approach, 3d ed. | TX0008684771 | 2018-12-04 |
| 89 | Dee Silverthorn, Human Physiology: An Integrated Approach, 8th ed. | TX0008571560 | 2018-03-09 |
| 90 | Christoph Schneider, Information Systems Today: Managing the Digital World, 8th ed. | TX0008530113 | 2017-11-13 |
| 91 | Donald Baack, Integrated Advertising, Promotion, and Marketing Communications, 8th ed. | TX0008586040 | 2017-11-13 |
| 92 | Elayn Martin-Gay, Intermediate Algebra, 7th ed. | TX0008236474 | 2016-03-04 |
| 93 | Margaret Lial, Intermediate Algebra, 13th ed. | TX0008771938 | 2019-06-25 |

| | | | |
|---|---|---|---|
| 94 | Robert Blitzer, Intermediate Algebra for College Students, 7th ed. | TX0008242456 | 2016-03-04 |
| 95 | Patricia Wallace, Introduction to Information Systems: People, Technology and Processes, 3d ed. | TX0008553028 | 2017-11-15 |
| 96 | Y. Daniel Liang, Introduction to Java Programming and Data Structures, Comprehensive Version, 11th ed. | TX0008522911 | 2017-10-30 |
| 97 | Cecil Bozarth, Introduction to Operations and Supply Chain Management, 5th ed. | TX0008587027 | 2018-05-04 |
| 98 | Nivaldo Tro, Introductory Chemistry, 6th ed. | TX0008464936 | 2017-08-24 |
| 99 | Audrey Berman, Kozier & Erb's Fundamentals of Nursing, 10th ed. | TX0008070150 | 2015-04-09 |
| 100 | Edward Prather, Lecture - Tutorials for Introductory Astronomy, 3d ed. | TX0007651919 | 2012-12-20 |
| 101 | David C. Lay, Linear Algebra and Its Applications, 5th ed. | TX0008028767 | 2015-02-12 |
| 102 | Andrew Abel, Macroeconomics, 9th ed. | TX0008327068 | 2016-07-25 |
| 103 | Stephen Robbins, Management, 14th ed. | TX0008517955 | 2017-10-02 |
| 104 | Kenneth Laudon, Management Information Systems: Managing the Digital Firm, 16th ed. | TX0008792067 | 2019-08-29 |
| 105 | Karen Braun, Managerial Accounting, 5th ed. | TX0008470172 | 2017-09-13 |
| 106 | Kevin Keller, Marketing Management, 15th ed. | TX0008144794 | 2015-08-04 |
| 107 | Duane DeTemple, Mathematical Reasoning for Elementary Teachers - Media Update, 7th ed. | TX0008592046 | 2018-06-08 |
| 108 | Sybilla Beckmann, Mathematics for Elementary Teachers with Activities, 5th ed. | TX0008477536 | 2017-09-13 |
| 109 | Darrel Hess, McKnight's Physical Geography: A Landscape Appreciation, 12th ed. | TX0008330376 | 2016-07-19 |
| 110 | Susan Turley, Medical Language: Immerse Yourself, 5th ed. | TX0008766311 | 2019-06-25 |
| 111 | Bruce Wingerd, Medical Terminology Complete!, 4th ed. | TX0008574070 | 2018-03-29 |

| | | | |
|---|---|---|---|
| 112 | Jane Rice, Medical Terminology for Health Care Professionals, 9th ed. | TX0008476706 | 2017-08-09 |
| 113 | Robert Bauman, Microbiology with Diseases by Taxonomy, 6th ed. | TX0008766307 | 2019-06-25 |
| 114 | Robert Pindyck, Microeconomics, 9th ed. | TX0008497503 | 2017-10-02 |
| 115 | Jeffrey Perloff, Microeconomics, 8th ed. | TX0008517959 | 2017-10-02 |
| 116 | Glenn Hubbard, Money, Banking, and the Financial System, 3d ed. | TX0007704913 | 2013-04-15 |
| 117 | Janice Thompson, Nutrition: An Applied Approach, 5th ed. | TX0008487258 | 2017-10-10 |
| 118 | Lee Krajewski, Operations Management: Processes and Supply Chains, 12th ed. | TX0008558636 | 2018-03-09 |
| 119 | Paula Bruice, Organic Chemistry, 8th ed. | TX0008280289 | 2016-02-16 |
| 120 | Leroy Wade, Organic Chemistry, 9th ed. | TX0008384796 | 2017-03-02 |
| 121 | Stephen Robbins, Organizational Behavior, 18th ed. | TX0008553130 | 2018-03-09 |
| 122 | Jeff Madura, Personal Finance, 6th ed. | TX0008236465 | 2016-03-04 |
| 123 | Randall D. Knight, Physics for Scientists and Engineers: A Strategic Approach with Modern Physics, 4th ed. | TX0008243493 | 2016-03-04 |
| 124 | Peter Zao, PhysioEx 9.0: Laboratory Simulations in Physiology with 9.1 Update, 1st ed. | TX0007765938 | 2013-08-22 |
| 125 | Elayn Martin-Gay, Prealgebra & Introductory Algebra, 5th ed. | TX0008571525 | 2018-03-09 |
| 126 | Marvin Bittinger, Prealgebra and Introductory Algebra, 4th ed. | TX0008078296 | 2015-04-20 |
| 127 | Michael Sullivan, Precalculus, 11th ed. | TX0008792108 | 2019-08-29 |
| 128 | Robert Blitzer, Precalculus, 6th ed. | TX0008444622 | 2017-07-31 |
| 129 | John Hornsby, Precalculus, 6th ed. | TX0008528251 | 2017-01-18 |
| 130 | J. S. Ratti, Precalculus: A Right Triangle Approach, 4th ed. | TX0008561783 | 2018-02-26 |
| 131 | Mark Dugopolski, Precalculus: Functions and Graphs, 4th ed. | TX0007504596 | 2012-03-15 |
| 132 | Joseph Mistovich, Prehospital Emergency Care, 11th ed. | TX0008539830 | 2017-12-08 |

| | | | |
|---|---|---|---|
| 133 | Sharon Oster, Principles of Economics, 13th ed. | TX0008786213 | 2019-08-29 |
| 134 | Cindy Stanfield, Principles of Human Physiology, 6th ed. | TX0008229728 | 2016-02-16 |
| 135 | George Rejda, Principles of Risk Management and Insurance, 13th ed. | TX0008393594 | 2017-04-03 |
| 136 | Tony Gaddis, Starting Out with C++ from Control Structures to Objects, 9th ed. | TX0008534036 | 2017-11-01 |
| 137 | Tony Gaddis, Starting Out with Python, 4th ed. | TX0008530722 | 2017-11-13 |
| 138 | James McClave, Statistics, 13th ed. | TX0008228456 | 2015-12-16 |
| 139 | Terry Sincich, Statistics for Business and Economics, 13th ed. | TX0008512092 | 2017-09-22 |
| 140 | David Levine, Statistics for Managers Using Microsoft Excel, 8th ed. | TX0008489092 | 2017-01-18 |
| 141 | Arthur Aron, Statistics for Psychology, 6th ed. | TX0007585119 | 2012-08-30 |
| 142 | Michael Sullivan, Statistics: Informed Decisions Using Data, 5th ed. | TX0008248711 | 2016-03-04 |
| 143 | Joseph Martocchio, Strategic Compensation: A Human Resource Management Approach, 9th ed. | TX0008241371 | 2016-03-04 |
| 144 | Alan Hoffman, Strategic Management and Business Policy: Globalization, Innovation and Sustainability, 15th ed. | TX0008539588 | 2017-10-02 |
| 145 | Fred David, Strategic Management: A Competitive Advantage Approach, Concepts and Cases, 17th ed. | TX0008787412 | 2019-08-29 |
| 146 | Robert Blitzer, Thinking Mathematically, 7th ed. | TX0008564508 | 2018-03-05 |
| 147 | Joel Hass, Thomas' Calculus: Early Transcendentals, 14th ed. | TX0008485048 | 2017-09-06 |
| 148 | Scott Powers, Total Fitness and Wellness, 8th ed. | TX0008772020 | 2019-06-25 |
| 149 | John Hornsby, Trigonometry, 11th ed. | TX0008414257 | 2017-05-08 |
| 150 | Charles Morris, Understanding Psychology, 12th ed. | TX0008570066 | 2018-02-26 |