AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court for the District of New Jersey |
| DOCKET NO.: TBD | DATE FILED: 9/13/2021 |
| PLAINTIFF | DEFENDANT |
| Pearson Education, Inc. | Chegg, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Exhibit A | See Exhibit A | See Exhibit A |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**EXHIBIT A**

|  | Title | Copyright Registration Number | Copyright Registration Date |
|---|---|---|---|
| 1 | Jay Lehmann, A Pathway to Introductory Statistics, 1st ed. | TX0008184355 | 2015-10-13 |
| 2 | Allen Angel, A Survey of Mathematics with Applications, 10th ed. | TX0008198421 | 2015-11-13 |
| 3 | Marshall Romney, Accounting Information Systems, 14th ed. | TX0008440473 | 2017-07-17 |
| 4 | Robert Blitzer, Algebra and Trigonometry, 6th ed. | TX0008448208 | 2017-07-31 |
| 5 | Marvin Bittinger, Algebra and Trigonometry: Graphs and Models, 6th ed. | TX0008404881 | 2017-03-02 |
| 6 | Eric Chaisson, Astronomy Today Volume 1: The Solar System, 9th ed. | TX0008471384 | 2017-09-13 |
| 7 | Karen Timberlake, Basic Chemistry, 6th ed. | TX0008766300 | 2019-06-25 |
| 8 | Elayn Martin-Gay, Basic College Mathematics, 6th ed. | TX0008553137 | 2018-03-09 |
| 9 | Allyn Washington, Basic Technical Mathematics, 11th ed. | TX0008471614 | 2017-09-06 |
| 10 | Jeff Hardin, Becker's World of the Cell, 9th ed. | TX0008210319 | 2016-01-08 |
| 11 | Elayn Martin-Gay, Beginning & Intermediate Algebra, 6th ed. | TX0008334002 | 2016-09-14 |
| 12 | John Tobey, Beginning & Intermediate Algebra, 5th ed. | TX0008399611 | 2017-03-02 |
| 13 | Kendall Martin, Better Business, 5th ed. | TX0008586052 | 2017-11-13 |
| 14 | Judith Goodenough, Biology of Humans: Concepts, Applications, and Issues, 6th ed. | TX0008241495 | 2016-03-04 |
| 15 | Gerald Audesirk, Biology: Life on Earth, 12th ed. | TX0008767550 | 2019-07-15 |
| 16 | Marc Triola, Biostatistics for the Biological and Health Sciences, 2d ed. | TX0008487377 | 2017-10-02 |
| 17 | Michael Madigan, Brock Biology of Microorganisms, 15th ed. | TX0008501797 | 2017-09-21 |

| | | | |
|---|---|---|---|
| 18 | Barbara Shwom, Business Communication: Polishing Your Professional Presence, 4th ed. | TX0008591990 | 2018-06-08 |
| 19 | Henry Cheeseman, Business Law, 10th ed. | TX0008552945 | 2018-03-05 |
| 20 | Gary Clendenen, Business Mathematics, 14th ed. | TX0008602155 | 2018-06-08 |
| 21 | Richard De Veaux, Business Statistics, 4th ed. | TX0008737174 | 2019-02-25 |
| 22 | David Groebner, Business Statistics: A Decision-Making Approach, 10th ed. | TX0008498574 | 2017-09-21 |
| 23 | Raymond Greenwell, Calculus for the Life Sciences, 2d ed. | TX0007888202 | 2014-05-08 |
| 24 | Margaret Lial, Calculus with Applications, 11th ed. | TX0008271175 | 2016-04-21 |
| 25 | William Briggs, Calculus: Early Transcendentals, 3d ed. | TX0008589494 | 2018-06-08 |
| 26 | Lisa Urry, Campbell Biology, 11th ed. | TX0008472354 | 2017-08-14 |
| 27 | Rebecca Orr & Lisa A. Urry, Campbell Biology in Focus, 3d ed. | TX0008764205 | 2019-07-15 |
| 28 | Eric Simon, Campbell Biology: Concepts & Connections, 9th ed. | TX0008539826 | 2017-09-29 |
| 29 | Nivaldo Tro, Chemistry: A Molecular Approach, 5th ed. | TX0008764178 | 2019-07-15 |
| 30 | Karen Timberlake, Chemistry: An Introduction to General, Organic, and Biological Chemistry, 13th ed. | TX0008478279 | 2017-09-28 |
| 31 | Theodore Brown, Chemistry: The Central Science, 14th ed. | TX0008458230 | 2017-08-14 |
| 32 | Jeffrey Slater, College Accounting: A Practical Approach, 13th ed. | TX0008051598 | 2015-04-03 |
| 33 | Robert Blitzer, College Algebra, 7th ed. | TX0008454915 | 2017-07-31 |
| 34 | Marvin Bittinger, College Algebra, 5th ed. | TX0008088509 | 2015-04-20 |
| 35 | Marvin Bittinger, College Algebra, 7th ed. | TX0008592235 | 2018-06-08 |
| 36 | Mark Dugopolski, College Algebra, 6th ed. | TX0007883759 | 2014-03-27 |
| 37 | Margaret Lial, College Algebra and Trigonometry, 6th ed. | TX0008382051 | 2017-01-27 |

| | | | |
|---|---|---|---|
| 38 | Lisa Yocco, College Algebra in Context with Applications for the Managerial, Life, and Social Sciences, 5th ed. | TX0008244820 | 2016-03-04 |
| 39 | Gary Rockswold, College Algebra with Modeling & Visualization, 6th ed. | TX0008501793 | 2017-09-21 |
| 40 | Philip Adams, College Physics, 11th ed. | TX0008764251<br>TX0008764151 | 2019-07-15<br>2019-07-15 |
| 41 | Randall D. Knight, College Physics: A Strategic Approach, 4th ed. | TX0008670418 | 2018-10-02 |
| 42 | Eugenia Etkina, College Physics: Explore and Apply, 2d ed. | TX0008573854 | 2018-03-29 |
| 43 | Keith Ross, Computer Networking: A Top-Down Approach, 7th ed. | TX0008387099 | 2017-04-03 |
| 44 | Paul Hewitt, Conceptual Physical Science, 6th ed. | TX0008249808 | 2016-03-04 |
| 45 | Michael Solomon, Consumer Behavior: Buying, Having, and Being, 12th ed. | TX0008384229 | 2017-02-15 |
| 46 | Frank Schmalleger, Criminal Justice: A Brief Introduction, 13th ed. | TX0008786038 | 2019-08-29 |
| 47 | Richard Saferstein, Criminalistics: An Introduction to Forensic Science, 12th ed. | TX0008541729 | 2017-10-27 |
| 48 | David Whetten, Developing Management Skills, 9th ed. | TX0008104703 | 2015-05-29 |
| 49 | Marvin Bittinger, Developmental Mathematics, 9th ed. | TX0008142183 | 2015-08-04 |
| 50 | Frederick Lutgens, Earth Science, 15th ed. | TX0008546773 | 2018-01-22 |
| 51 | Glenn Hubbard, Economics, 6th ed. | TX0008382058 | 2017-02-15 |
| 52 | Anita Woolfolk, Educational Psychology, 14th ed. | TX0008571544 | 2018-03-09 |
| 53 | James Nilsson, Electric Circuits, 11th ed. | TX0008712906 | 2018-12-06 |
| 54 | Allan Hambley, Electrical Engineering: Principles & Applications, 7th ed. | TX0008480111 | 2017-09-21 |
| 55 | David Buchla, Electronics Fundamentals: Circuits, Devices & Applications, 8th ed. | TX0007048552 | 2009-09-22 |
| 56 | Barbara Johnson, Elementary and Intermediate Algebra: Concepts and Applications, 7th ed. | TX0008484594 | 2017-09-06 |

| 57 | Mario Triola, Elementary Statistics, 13th ed. | TX0008529881 | 2017-10-02 |
|---|---|---|---|
| 58 | Ron Larson, Elementary Statistics: Picturing the World, 7th ed. | TX0008558429 | 2018-03-09 |
| 59 | Bruce Barringer, Entrepreneurship: Successfully Launching New Ventures, 6th ed. | TX0008589490 | 2018-06-08 |
| 60 | Richard Wright, Environmental Science: Toward A Sustainable Future, 13th ed. | TX0008232929 | 2016-02-16 |
| 61 | Paula Bruice, Essential Organic Chemistry, 3d ed. | TX0008127001 | 2015-07-10 |
| 62 | Richard Wolfson, Essential University Physics: Volume 1, 4th ed. | TX0008772712 | 2019-06-26 |
| 63 | Norman Scarborough, Essentials of Entrepreneurship and Small Business Management, 9th ed. | TX0008583574 | 2018-05-04 |
| 64 | Edward Tarbuck, Essentials of Geology, 13th ed. | TX0008443560 | 2017-08-14 |
| 65 | Elaine Marieb, Essentials of Human Anatomy & Physiology, 12th ed. | TX0008536639 | 2017-11-03 |
| 66 | Harold Thurman, Essentials of Oceanography, 13th ed. | TX0008770847 | 2019-07-12 |
| 67 | C. William Thomas, Financial Accounting, 12th ed. | TX0008552941 | 2018-03-05 |
| 68 | Raymond Brooks, Financial Management: Core Concepts, 4th ed. | TX0008582828 | 2018-05-04 |
| 69 | Larry Goldstein, Finite Mathematics & Its Applications, 12th ed. | TX0008476540 | 2017-09-18 |
| 70 | Margaret Lial, Finite Mathematics and Calculus with Applications, 10th ed. | TX0008242432 | 2016-03-04 |
| 71 | Neil Carlson, Foundations of Behavioral Neuroscience, 9th ed. | TX0007716532 | 2013-04-17 |
| 72 | Dennis Tasa, Foundations of Earth Science, 8th ed. | TX0008326924 | 2016-07-15 |
| 73 | R. Nagle, Fundamentals of Differential Equations, 9th ed. | TX0008519034 | 2017-09-22 |
| 74 | John McMurry, Fundamentals of General, Organic, and Biological Chemistry, 8th ed. | TX0008414577 | 2017-05-08 |

| 75 | Gary Dessler, Fundamentals of Human Resource Management, 5th ed. | TX0008591988 | 2018-06-08 |
|---|---|---|---|
| 76 | Carter Stanfield, Fundamentals of HVACR, 3d ed. | TX0008234894 | 2016-02-16 |
| 77 | Scott Smart, Fundamentals of Investing, 13th ed. | TX0008396691 | 2017-05-01 |
| 78 | John Bowman, Genetic Analysis: An Integrated Approach, 3d ed. | TX0008583227 | 2018-04-13 |
| 79 | Robert Christopherson, Geosystems: An Introduction to Physical Geography, 10th ed. | TX0008476688 | 2017-08-15 |
| 80 | Tanya Littrell, Get Fit, Stay Well!, 4th ed. | TX0008540301 | 2017-10-30 |
| 81 | Warren Keegan, Global Marketing, 9th ed. | TX0008270604 | 2016-11-03 |
| 82 | William Wyckoff, Globalization and Diversity: Geography of a Changing World, 6th ed. | TX0008772562 | 2019-07-12 |
| 83 | Ella Mae Matsumura, Horngren's Accounting, 12th ed. | TX0008464965 | 2017-08-24 |
| 84 | Madhav Rajan, Horngren's Cost Accounting: A Managerial Emphasis, 16th ed. | TX0008469320 | 2017-08-24 |
| 85 | Ella Mae Matsumura, Horngren's Financial & Managerial Accounting, 6th ed. | TX0008472670 | 2017-08-24 |
| 86 | Elaine Marieb, Human Anatomy & Physiology, 11th ed. | TX0008592257 | 2018-06-08 |
| 87 | Michael Johnson, Human Biology: Concepts and Current Issues, 8th ed. | TX0008241107 | 2016-03-04 |
| 88 | Jeffrey Arnett, Human Development: A Cultural Approach, 3d ed. | TX0008684771 | 2018-12-04 |
| 89 | Dee Silverthorn, Human Physiology: An Integrated Approach, 8th ed. | TX0008571560 | 2018-03-09 |
| 90 | Christoph Schneider, Information Systems Today: Managing the Digital World, 8th ed. | TX0008530113 | 2017-11-13 |
| 91 | Donald Baack, Integrated Advertising, Promotion, and Marketing Communications, 8th ed. | TX0008586040 | 2017-11-13 |
| 92 | Elayn Martin-Gay, Intermediate Algebra, 7th ed. | TX0008236474 | 2016-03-04 |
| 93 | Margaret Lial, Intermediate Algebra, 13th ed. | TX0008771938 | 2019-06-25 |

| 94 | Robert Blitzer, Intermediate Algebra for College Students, 7th ed. | TX0008242456 | 2016-03-04 |
|---|---|---|---|
| 95 | Patricia Wallace, Introduction to Information Systems: People, Technology and Processes, 3d ed. | TX0008553028 | 2017-11-15 |
| 96 | Y. Daniel Liang, Introduction to Java Programming and Data Structures, Comprehensive Version, 11th ed. | TX0008522911 | 2017-10-30 |
| 97 | Cecil Bozarth, Introduction to Operations and Supply Chain Management, 5th ed. | TX0008587027 | 2018-05-04 |
| 98 | Nivaldo Tro, Introductory Chemistry, 6th ed. | TX0008464936 | 2017-08-24 |
| 99 | Audrey Berman, Kozier & Erb's Fundamentals of Nursing, 10th ed. | TX0008070150 | 2015-04-09 |
| 100 | Edward Prather, Lecture - Tutorials for Introductory Astronomy, 3d ed. | TX0007651919 | 2012-12-20 |
| 101 | David C. Lay, Linear Algebra and Its Applications, 5th ed. | TX0008028767 | 2015-02-12 |
| 102 | Andrew Abel, Macroeconomics, 9th ed. | TX0008327068 | 2016-07-25 |
| 103 | Stephen Robbins, Management, 14th ed. | TX0008517955 | 2017-10-02 |
| 104 | Kenneth Laudon, Management Information Systems: Managing the Digital Firm, 16th ed. | TX0008792067 | 2019-08-29 |
| 105 | Karen Braun, Managerial Accounting, 5th ed. | TX0008470172 | 2017-09-13 |
| 106 | Kevin Keller, Marketing Management, 15th ed. | TX0008144794 | 2015-08-04 |
| 107 | Duane DeTemple, Mathematical Reasoning for Elementary Teachers - Media Update, 7th ed. | TX0008592046 | 2018-06-08 |
| 108 | Sybilla Beckmann, Mathematics for Elementary Teachers with Activities, 5th ed. | TX0008477536 | 2017-09-13 |
| 109 | Darrel Hess, McKnight's Physical Geography: A Landscape Appreciation, 12th ed. | TX0008330376 | 2016-07-19 |
| 110 | Susan Turley, Medical Language: Immerse Yourself, 5th ed. | TX0008766311 | 2019-06-25 |
| 111 | Bruce Wingerd, Medical Terminology Complete!, 4th ed. | TX0008574070 | 2018-03-29 |

| | | | |
|---|---|---|---|
| 112 | Jane Rice, Medical Terminology for Health Care Professionals, 9th ed. | TX0008476706 | 2017-08-09 |
| 113 | Robert Bauman, Microbiology with Diseases by Taxonomy, 6th ed. | TX0008766307 | 2019-06-25 |
| 114 | Robert Pindyck, Microeconomics, 9th ed. | TX0008497503 | 2017-10-02 |
| 115 | Jeffrey Perloff, Microeconomics, 8th ed. | TX0008517959 | 2017-10-02 |
| 116 | Glenn Hubbard, Money, Banking, and the Financial System, 3d ed. | TX0007704913 | 2013-04-15 |
| 117 | Janice Thompson, Nutrition: An Applied Approach, 5th ed. | TX0008487258 | 2017-10-10 |
| 118 | Lee Krajewski, Operations Management: Processes and Supply Chains, 12th ed. | TX0008558636 | 2018-03-09 |
| 119 | Paula Bruice, Organic Chemistry, 8th ed. | TX0008280289 | 2016-02-16 |
| 120 | Leroy Wade, Organic Chemistry, 9th ed. | TX0008384796 | 2017-03-02 |
| 121 | Stephen Robbins, Organizational Behavior, 18th ed. | TX0008553130 | 2018-03-09 |
| 122 | Jeff Madura, Personal Finance, 6th ed. | TX0008236465 | 2016-03-04 |
| 123 | Randall D. Knight, Physics for Scientists and Engineers: A Strategic Approach with Modern Physics, 4th ed. | TX0008243493 | 2016-03-04 |
| 124 | Peter Zao, PhysioEx 9.0: Laboratory Simulations in Physiology with 9.1 Update, 1st ed. | TX0007765938 | 2013-08-22 |
| 125 | Elayn Martin-Gay, Prealgebra & Introductory Algebra, 5th ed. | TX0008571525 | 2018-03-09 |
| 126 | Marvin Bittinger, Prealgebra and Introductory Algebra, 4th ed. | TX0008078296 | 2015-04-20 |
| 127 | Michael Sullivan, Precalculus, 11th ed. | TX0008792108 | 2019-08-29 |
| 128 | Robert Blitzer, Precalculus, 6th ed. | TX0008444622 | 2017-07-31 |
| 129 | John Hornsby, Precalculus, 6th ed. | TX0008528251 | 2017-01-18 |
| 130 | J. S. Ratti, Precalculus: A Right Triangle Approach, 4th ed. | TX0008561783 | 2018-02-26 |
| 131 | Mark Dugopolski, Precalculus: Functions and Graphs, 4th ed. | TX0007504596 | 2012-03-15 |
| 132 | Joseph Mistovich, Prehospital Emergency Care, 11th ed. | TX0008539830 | 2017-12-08 |

| | | | |
|---|---|---|---|
| 133 | Sharon Oster, Principles of Economics, 13th ed. | TX0008786213 | 2019-08-29 |
| 134 | Cindy Stanfield, Principles of Human Physiology, 6th ed. | TX0008229728 | 2016-02-16 |
| 135 | George Rejda, Principles of Risk Management and Insurance, 13th ed. | TX0008393594 | 2017-04-03 |
| 136 | Tony Gaddis, Starting Out with C++ from Control Structures to Objects, 9th ed. | TX0008534036 | 2017-11-01 |
| 137 | Tony Gaddis, Starting Out with Python, 4th ed. | TX0008530722 | 2017-11-13 |
| 138 | James McClave, Statistics, 13th ed. | TX0008228456 | 2015-12-16 |
| 139 | Terry Sincich, Statistics for Business and Economics, 13th ed. | TX0008512092 | 2017-09-22 |
| 140 | David Levine, Statistics for Managers Using Microsoft Excel, 8th ed. | TX0008489092 | 2017-01-18 |
| 141 | Arthur Aron, Statistics for Psychology, 6th ed. | TX0007585119 | 2012-08-30 |
| 142 | Michael Sullivan, Statistics: Informed Decisions Using Data, 5th ed. | TX0008248711 | 2016-03-04 |
| 143 | Joseph Martocchio, Strategic Compensation: A Human Resource Management Approach, 9th ed. | TX0008241371 | 2016-03-04 |
| 144 | Alan Hoffman, Strategic Management and Business Policy: Globalization, Innovation and Sustainability, 15th ed. | TX0008539588 | 2017-10-02 |
| 145 | Fred David, Strategic Management: A Competitive Advantage Approach, Concepts and Cases, 17th ed. | TX0008787412 | 2019-08-29 |
| 146 | Robert Blitzer, Thinking Mathematically, 7th ed. | TX0008564508 | 2018-03-05 |
| 147 | Joel Hass, Thomas' Calculus: Early Transcendentals, 14th ed. | TX0008485048 | 2017-09-06 |
| 148 | Scott Powers, Total Fitness and Wellness, 8th ed. | TX0008772020 | 2019-06-25 |
| 149 | John Hornsby, Trigonometry, 11th ed. | TX0008414257 | 2017-05-08 |
| 150 | Charles Morris, Understanding Psychology, 12th ed. | TX0008570066 | 2018-02-26 |