Karen A. Confoy
Paul W. Kalish
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

OF COUNSEL:

Matthew J. Oppenheim
Scott A. Zebrak
Nicholas C. Hailey
Ever M. Hess
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
nick@oandzlaw.com
ever@oandzlaw.com

*Attorneys for Plaintiff Pearson Education, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PEARSON EDUCATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | **PEARSON EDUCATION, INC.'S** |
| | ) | **RULE 7.1 CORPORATE** |
| CHEGG, INC., | ) | **DISCLOSURE STATEMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Pearson Education, Inc. ("Pearson") states as follows:

Pearson is an indirect, wholly owned subsidiary of Pearson PLC, a U.K. company, which is publicly traded on the London Stock Exchange and New York Stock Exchange.

| | |
|---|---|
| Dated:  September 13, 2021 | **FOX ROTHSCHILD LLP** |

*/s/ Karen A. Confoy*
Karen A. Confoy
Paul W. Kalish
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

OF COUNSEL:

Matthew J. Oppenheim (*pro hac vice* application to be filed)
Scott A. Zebrak (*pro hac vice* application to be filed)
Nicholas C. Hailey (*pro hac vice* application to be filed)
Ever M. Hess
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
nick@oandzlaw.com
ever@oandzlaw.com

*Attorneys for Plaintiff Pearson Education, Inc.*

3

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that a copy of Plaintiff Pearson Education, Inc.'s Rule 7.1 Corporate Disclosure Statement was filed via ECF and served on all counsel of record by electronic mail on September 13, 2021.

Dated:  September 13, 2021          */s/ Karen A. Confoy*
                     Karen A. Confoy