**FOX ROTHSCHILD LLP**
Karen A. Confoy
Paul W. Kalish
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
Fax: (609) 896-1469
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

OF COUNSEL:

Matthew J. Oppenheim
Scott A. Zebrak
Nicholas C. Hailey
Ever M. Hess
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com
scott@oandzlaw.com
nick@oandzlaw.com
ever@oandzlaw.com

*Attorneys for Plaintiff Pearson Education, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEARSON EDUCATION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEGG, INC., )<br>)<br>Defendant. ) | Civil Action No. 2:21-cv-16866<br><br>**NOTICE OF APPEARANCE OF**<br>**PAUL W. KALISH** |

To:     The Honorable Clerk of the Court and All Counsel of Record

  **PLEASE TAKE NOTICE** that I, Paul W. Kalish of Fox Rothschild LLP, am admitted or otherwise authorized to practice in this Court, and hereby enter my appearance in this case as

125672813.1

counsel for Plaintiff Pearson Education, Inc., and respectfully request that copies of all papers and electronic notices in this action be served upon me at pkalish@foxrothschild.com.

Dated: September 13, 2021

/s/ *Paul W. Kalish*
Paul W. Kalish
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 895-6751
Fax: (609) 896-1469
pkalish@foxrothschild.com