# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PEARSON EDUCATION, INC.,
*Plaintiff*

V.  **SUMMONS IN A CIVIL CASE**

CHEGG, INC.,
*Defendant*

CASE NUMBER: 2:21-CV-16866-SDW-ESK

TO: *(Name and address of Defendant):*

Chegg, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew J. Oppenheim
Scott A. Zebrak
Nicholas C. Hailey
Ever M. Hess
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016

Karen A. Confoy
Paul W. Kalish
FOX ROTHSCHILD LLP
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2021-09-14 11:21:35, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE September 15, 2021 |
| NAME OF SERVER (PRINT) Selena Cabrera | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Chegg, Inc. c/o: The Corporation Trust Company at 1209 N. Orange St, Wilmington, DE 19801

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Robin Hutt-Banks, Intake Specialist

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 15, 2021
Date

Signature of Server

2508 Turnstone Drive
Wilmington, DE 19805
Address of Server