Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
1333 2nd St.
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Chegg, Inc. ("Chegg"), in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE THAT** request is hereby made that all notices given or required to be given in this action, and all pleadings, motions, applications, discovery requests, and correspondence served or required to be served in this action, be given to and served upon the undersigned at the address provided below.

Dated: October 1, 2021          **COOLEY LLP**

By:   */s/ Evan M. Lazerowitz*
       Evan M. Lazerowitz

55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
elazerowitz@cooley.com

*Attorneys for Chegg, Inc.*