Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
1333 2nd St.
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK) |

## CERTIFICATE OF SERVICE

EVAN M. LAZEROWITZ, of full age, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm Cooley LLP, counsel for Defendant, Chegg, Inc.

2. On October 1, 2021, I caused copies of (i) Notice of Appearance of Evan M. Lazerowitz, (ii) Stipulation Extending Time to Answer, Move or Otherwise Respond to the

Complaint, and (ii) Certificate of Service to be served on all counsel of record by electronic case filing.

Dated: October 1, 2021                                     */s/ Evan M. Lazerowitz*
                                                            Evan M. Lazerowitz