Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*pro hac vice* to be filed)
**COOLEY LLP**
1333 2nd St.
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

# ORDER

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

**WHEREAS,** Defendant Chegg, Inc. ("Chegg") was served with the Summons and Complaint filed by Pearson Education, Inc. ("Pearson") on September 15, 2021.

**WHEREAS,** Chegg's time to answer, move or otherwise respond to the Complaint was October 6, 2021.

1

**WHEREAS,** on September 29, 2021, counsel for Pearson, Matthew J. Oppenheim, consented to Chegg's request for a 44-day extension of its time to answer or otherwise move.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Pearson and Chegg as follows:

1. Chegg's time to answer, move or otherwise respond to the Complaint shall be extended to and including November 19, 2021.

2. Electronic signatures on this Stipulation will be deemed originals for purposes of this Stipulation.

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **COOLEY LLP** |
| *Attorneys for Plaintiff*<br>*Pearson Education, Inc.* | *Attorneys for Defendant*<br>*Chegg, Inc.* |
| */s/ Karen A. Confoy*<br>KAREN A. CONFOY | */s/ Evan M. Lazerowitz*<br>EVAN M. LAZEROWITZ |

Dated: October 1, 2021

SO ORDERED this **4th** day of October, 2021.     */s/ Edward S. Kiel*
The Honorable Edward S. Kiel
U.S. Magistrate Judge

2