Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**CERTIFICATION OF JOHN PAUL OLEKSIUK IN SUPPORT OF DEFENDANT'S APPLICATION FOR *PRO HAC VICE* ADMISSION** |

JOHN PAUL OLEKSIUK, pursuant to 28 U.S.C. § 1746, certifies under penalty of perjury as follows:

1. I am a partner with the law firm of Cooley LLP. My business address is 1333 2nd Street, Suite 400, Santa Monica, CA 90401. I submit this Certification in support of the application

to admit me *pro hac vice* for purposes of appearing on behalf of Defendant Chegg, Inc. in this matter.

2. I earned my Juris Doctor degree from University of Notre Dame Law School in 2008.

3. I am a member in good standing of the Bar of the California Supreme Court, the highest court of the State of California, the state in which I principally practice law. I am a resident of California. I was admitted to practice in the state of California on June 6, 2012.

4. The office and address of the official maintaining the role of members for the Bar of the State of California is The State Bar of California: 180 Howard Street, San Francisco, CA 94105.

5. I am a member in good standing of the Bar of the Pennsylvania Supreme Court, the highest court of the Commonwealth of Pennsylvania. I was admitted to practice in the Commonwealth of Pennsylvania on November 24, 2008.

6. The office and address of the official maintaining the role of members for the Bar of the Commonwealth of Pennsylvania is The Disciplinary Board of the Supreme Court of Pennsylvania: Pennsylvania Judicial Center 601 Commonwealth Avenue, Suite 5600, P.O. Box 62625, Harrisburg, PA 17106-2625.

7. I am a member in good standing of the Bar of the U.S. Patent and Trademark Office. I was admitted to practice in the U.S. Patent and Trademark Office on January 10, 2011.

8. The office and address of the official maintaining the role of members for the U.S. Patent and Trademark Office is: Mail Stop OED, U.S. Patent and Trademark Office, PO Box 1450, Alexandria, VA 22313.

9. I am a member in good standing of the Bar of the United States District Court for the Central District of California.  I was admitted to practice in the United States District Court for the Central District of California on April 1, 2013.

10. The office and address of the official maintaining the role of members for the United States District Court for the Central District of California is:  255 East Temple Street, Los Angeles, CA  90012.

11. I am a member in good standing of the Bar of the United States District Court for the Northern District of California.  I was admitted to practice in the United States District Court for the Northern District of California on February 25, 2013.

12. The office and address of the official maintaining the role of members for the United States District Court for the Northern District of California is:  450 Golden Gate Avenue, San Francisco, CA  94102.

13. I am a member in good standing of the Bar of the United States District Court for the Southern District of California.  I was admitted to practice in the United States District Court for the Southern District of California on May 22, 2015.

14. The office and address of the official maintaining the role of members for the United States District Court for the Southern District of California is:  333 W Broadway #420, San Diego, CA 92101.

15. I am a member in good standing of the Bar of the United States District Court for the Eastern District of Pennsylvania. I was admitted to practice in the United States District Court for the Eastern District of Pennsylvania on May 28, 2009.

16. The office and address of the official maintaining the role of members for the United States District Court for the Eastern District of Pennsylvania is: 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

17. I understand that I have a continuing obligation to notify the Court of any matter affecting my standing to the Bar of any other court in which I am admitted to practice.

18. Our law firm is counsel for Defendant, and Defendant has requested that we represent them in all aspects of this case, including trial, and I accordingly seek *pro hac vice* admission for these purposes.

19. I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

20. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the District of New Jersey, particularly the requirements of Local Rule 101.1(c).

21. I will make a payment of $150.00 to the Clerk, U.S. District Court pursuant to L. Civ. R. 101(c)(3).

22. I will make any required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

23. I agree to have all pleadings, briefs, and other papers filed with the Court signed by Evan M. Lazerowitz, attorney of record authorized to practice in the State of New Jersey, or by

another member of Cooley LLP, or a member of another law firm that represents Defendant, who is authorized to practice in the State of New Jersey.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
John Paul Oleksiuk

Dated: October 19, 2021