Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**CONSENT ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**THIS MATTER** having been opened to the Court by Cooley LLP, attorneys for Defendant Chegg, Inc., seeking an Order admitting John Paul Oleksiuk of the law firm Cooley LLP, *pro hac vice*, and the Court having considered this matter, and good cause having been shown;

**IT IS** on this _____ day of _____, 2021,

**ORDERED** as follows:

1. John Paul Oleksiuk be and is hereby admitted *pro hac vice* to appear in the above-captioned matter for all purposes on behalf of Defendant;

2. All pleadings, briefs and other papers filed with the Court on behalf of Defendant shall be signed by a member of Cooley LLP, or another law firm that represents Defendant, who is a member in good standing of the New Jersey Bar and the Bar of this Court, who shall be responsible for said papers, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby;

3. John Paul Oleksiuk shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year these matters are pending;

4. John Paul Oleksiuk shall send $150.00 to the Clerk, United States District Court for the District of New Jersey; and

5. John Paul Oleksiuk is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his standing at the bar of any other court.

_____
HONORABLE EDWARD S. KIEL, U.S.M.J.