Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>                             Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>                            Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**CERTIFICATE OF SERVICE** |

EVAN M. LAZEROWITZ, of full age, hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and a member of the law firm Cooley LLP, counsel for Defendant Chegg, Inc.

1

2. On October 19, 2021, I caused copies of (i) a Notice of Motion of *Pro Hac Vice* Admission of John Paul Oleksiuk (ii) the Declaration of Evan M. Lazerowitz in Support of Defendant's Application for *Pro Hac Vice* Admission of John Paul Oleksiuk; (iii) the Certification of John Paul Oleksiuk in Support of Defendant's Application for *Pro Hac Vice* Admission; (iv) a Proposed form of Consent Order Granting Admission of Attorney *Pro Hac Vice*; and (v) this Certificate of Service, to be served on all counsel of record by electronic case filing.

Dated: October 19, 2021

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz