Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK) <br><br> **NOTICE OF MOTION OF** ***PRO HAC VICE*** **ADMISSION OF MICHAEL SHEETZ** |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Evan M. Lazerowitz, Esq. and the Certification of Michael Sheetz, Esq., the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey granting admission of Michael Sheetz, Esq.,

*pro hac vice* to the bar of this Court for the purpose of representing Defendant Chegg, Inc. in the above-captioned proceeding.

Dated: October 19, 2021

**COOLEY LLP**

By:   */s/ Evan M. Lazerowitz*
      Evan M. Lazerowitz

55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
elazerowitz@cooley.com

*Attorneys for Chegg, Inc.*