Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK) <br><br> **DECLARATION OF EVAN M. LAZEROWITZ IN SUPPORT OF DEFENDANT'S APPLICATION FOR *PRO HAC VICE* ADMISSION OF MICHAEL SHEETZ** |

EVAN M. LAZEROWITZ, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am an attorney-at-law admitted in the State of New Jersey and an associate at the law firm Cooley LLP, attorneys for Defendant Chegg, Inc. I submit this Declaration in support of

1

the application of Michael Sheetz for admission to the Bar of this Court *pro hac vice*. I am familiar with the facts and information set forth herein.

2. Mr. Sheetz is a partner at Cooley LLP and will be associated with me in the pursuit of this matter. I will be responsible for the conduct of Mr. Sheetz and for the case. I, or another member of Cooley LLP, or a member of another law firm that represents Defendant, who is a member in good standing of the New Jersey Bar and the Bar of this Court, will sign all pleadings, briefs, and other papers filed with the Court. I, or another member of Cooley LLP, or a member of another law firm that represents Defendant, who is a member in good standing of the New Jersey Bar and the Bar of this Court, will enter all court appearances in this matter, unless expressly excused by the Court.

3. I have advised Mr. Sheetz of the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility; L. Civ. R. 101.1(c), Admission of Attorneys: Appearance *Pro Hac Vice*; Local Counsel; and L. Civ. R. 104.1, Discipline of Attorneys. I will ensure that Mr. Sheetz complies with L. Civ. R. 101.1(c).

4. Counsel for Plaintiff has consented to Mr. Sheetz's *pro hac vice* admission to this Court.

I declare that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz

Dated: October 19, 2021