Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**CERTIFICATION OF MICHAEL SHEETZ IN SUPPORT OF DEFENDANT'S APPLICATION FOR *PRO HAC VICE* ADMISSION** |

MICHAEL SHEETZ, pursuant to 28 U.S.C. §1746, certifies under penalty of perjury as follows:

1.  I am a partner with the law firm of Cooley LLP. My business address is 500 Boylston Street, 14th Floor, Boston, MA 02116-3736. I submit this Certification in support of the

1

application to admit me *pro hac vice* for purposes of appearing on behalf of Defendant Chegg, Inc. in this matter.

2. I earned my Juris Doctor degree from Georgetown, University Law Center in 1986.

3. I am a member in good standing of the Bar of the Supreme Court of the United States. I was admitted to practice in the Supreme Court of the United States on April 16, 1990.

4. The office and address of the official maintaining the role of members for the Supreme Court of the United States is: One First Street, NE, Washington, DC 20543.

5. I am a member in good standing of the Bar of the United States Court of Appeals for the First Circuit. I was admitted to practice in the United States Court of Appeals for the First Circuit on April 8, 1987.

6. The office and address of the official maintaining the role of members for the United States Court of Appeals for the First Circuit is: 1 Courthouse Way, Boston, MA 02210.

7. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I was admitted to practice in the Commonwealth of Massachusetts on December 17, 1986.

8. The office and address of the official maintaining the role of members for the Commonwealth of Massachusetts is: One Pemberton Square, Suite 1300, Boston, MA 02108.

9. I am a member in good standing of the Bar of the United States District Court for the District of Massachusetts. I was admitted to practice in the United States District Court for the District of Massachusetts on January 29, 1987.

10. The office and address of the official maintaining the role of members for the United States District Court for the District of Massachusetts is: 1 Courthouse Way, Boston, MA 02210.

11. I understand that I have a continuing obligation to notify the Court of any matter affecting my standing to the Bar of any other court in which I am admitted to practice.

12. Our law firm is counsel for Defendant, and Defendant has requested that we represent them in all aspects of this case, including trial, and I accordingly seek *pro hac vice* admission for these purposes.

13. I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

14. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the District of New Jersey, particularly the requirements of Local Rule 101.1(c).

15. I will make a payment of $150.00 to the Clerk, U.S. District Court pursuant to L. Civ. R. 101(c)(3).

16. I will make any required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

17. I agree to have all pleadings, briefs, and other papers filed with the Court signed by Evan M. Lazerowitz, attorney of record authorized to practice in the State of New Jersey, or by another member of Cooley LLP, or a member of another law firm that represents Defendant, who is authorized to practice in the State of New Jersey.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael Sheetz

Dated: October 19, 2021

4