

Evan M. Lazerowitz
+1 212 479 6000
elazerowitz@cooley.com

**VIA ECF**

October 27, 2021

The Honorable Edward S. Kiel
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Pearson Education, Inc. v. Chegg, Inc.,* Civil Action No. 2:21-cv-16866-SDW-ESK

Dear Judge Kiel:

This firm represents Defendant Chegg, Inc. in the above-referenced matter.  Enclosed please find a copy of the following, submitted on Defendant's behalf:

1) Notice of Motion of *Pro Hac Vice* Admission of Stephanie Schuyler;

2) Declaration of Evan M. Lazerowitz in Support of Defendant's Application for *Pro Hac Vice* Admission of Stephanie Schuyler;

3) Certification of Stephanie Schuyler in Support of Defendant's Application for *Pro Hac Vice* Admission;

4) Proposed form of Consent Order Granting Admission of Attorney *Pro Hac Vice*; and,

5) Certificate of Service.

Defendant submits this application with the consent of counsel for Plaintiff Pearson Education, Inc.  If your Honor finds the enclosed proposed consent order acceptable, we respectfully request that it be entered.

Respectfully Submitted,

*/s/Evan M. Lazerowitz*
Evan M. Lazerowitz (NJ ID # 063232013)
cc:   All Counsel of Record (via ECF)