Evan M. Lazerowitz, Esq. (N.J. Attorney No. 063232013)
Stephanie Schuyler, Esq. (*Pro Hac Vice Admission Pending*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

Michael Sheetz, Esq. (*Pro Hac Vice*)
**COOLEY LLP**
500 Boylston St.
Boston, MA 02116
Telephone: (617) 937-2300
Facsimile: (617) 937-2400

John Paul Oleksiuk, Esq. (*Pro Hac Vice*)
**COOLEY LLP**
1333 2nd St., Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500

*Attorneys for Defendant Chegg, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CHEGG, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-16866 (SDW-ESK)<br><br>**CERTIFICATION OF STEPHANIE SCHUYLER IN SUPPORT OF DEFENDANT'S APPLICATION FOR *PRO HAC VICE* ADMISSION** |

    STEPHANIE SCHUYLER, pursuant to 28 U.S.C. §1746, certifies under penalty of perjury as follows:

1

1. I am an associate with the law firm of Cooley LLP. My business address is 55 Hudson Yards, New York, NY 10001. I submit this Certification in support of the application to admit me *pro hac vice* for purposes of appearing on behalf of Defendant Chegg, Inc. in this matter.

2. I earned my Juris Doctor degree from Harvard Law School in 2017.

3. I am a member in good standing of the Bar of the State of New York. I was admitted to practice in the State of New York on March 19, 2018.

4. The office and address of the official maintaining the role of members for the Bar of the State of New York is: Appellate Division, First Judicial Department, 41 Madison Avenue (at 26th Street), 26th Floor, New York, NY 10010.

5. I am a member in good standing of the Bar of the United States District Court for the Southern District of New York. I was admitted to practice in the United States District Court for the Southern District of New York on August 14, 2018.

6. The office and address of the official maintaining the role of members for the United States District Court for the Southern District of New York is: 500 Pearl Street, New York, NY 10007.

7. I understand that I have a continuing obligation to notify the Court of any matter affecting my standing to the Bar of any other court in which I am admitted to practice.

8. Our law firm is counsel for Defendant, and Defendant has requested that we represent them in all aspects of this case, including trial, and I accordingly seek *pro hac vice* admission for these purposes.

9. I certify that there are no disciplinary proceedings presently pending against me in any jurisdiction, and no discipline has been previously imposed upon me in any jurisdiction.

10. I understand that if I am admitted *pro hac vice* I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to the practice of law in this State, and the Local Rules of the United States District Court for the District of New Jersey, particularly the requirements of Local Rule 101.1(c).

11. I will make a payment of $150.00 to the Clerk, U.S. District Court pursuant to L. Civ. R. 101(c)(3).

12. I will make any required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

13. I agree to have all pleadings, briefs, and other papers filed with the Court signed by Evan M. Lazerowitz, attorney of record authorized to practice in the State of New Jersey, or by another member of Cooley LLP, or a member of another law firm that represents Defendant, who is authorized to practice in the State of New Jersey.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                      Stephanie Schuyler

Dated: October 27, 2021