

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600 Fax (609) 896-1469
www.foxrothschild.com

Karen A. Confoy
Direct Dial: (609) 844-3033
Email Address: kconfoy@foxrothschild.com

November 1, 2021

**VIA ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:    Pearson Education, Inc. v. Chegg, Inc.
        Civil Action No. 2:21-cv-16866-SDW-ESK**

Dear Judge Kiel:

      This firm, together with Oppenheim + Zebrak, LLP, represents Plaintiff Pearson Education, Inc. ("Pearson" or "Plaintiff"), in the above-captioned matter. In support of Plaintiff's *pro hac vice* application, enclosed please find the Certification of Karen A. Confoy, Esq., the declarations of Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq., and a proposed form of Order. Defendant Chegg, Inc., through counsel, has consented to this application.

      If the attached papers meet with Your Honor's approval, we respectfully request that you sign and enter the proposed consent order. Thank you for your consideration of this request.

      Respectfully submitted,

      *s/ Karen A. Confoy*

      Karen A. Confoy

Enclosures

Cc:    Counsel of Record (*via* ECF)

127286742.1