**FOX ROTHSCHILD LLP**
Karen A. Confoy
Paul W. Kalish
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
Fax: (609) 896-1469
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

OF COUNSEL:

**OPPENHEIM + ZEBRAK LLP**
Matthew J. Oppenheim (pro hac vice forthcoming)
Scott A. Zebrak (*pro hac vice* forthcoming)
Nicholas C. Hailey (*pro hac vice* forthcoming)
Ever M. Hess
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2174
*Attorneys for Plaintiff Pearson Education, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PEARSON EDUCATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 2:21-cv-16866-SDW-ESK** |
| | ) | |
| v. | ) | **ORDER ON CONSENT GRANTING** |
| | ) | **PLAINTIFF'S *PRO HAC VICE*** |
| CHEGG, INC., | ) | **APPLICATION** |
| | ) | |
| Defendant. | ) | |

The above matter having been opened to the Court by Fox Rothschild LLP, attorneys for Plaintiff Pearson Education, Inc. ("Pearson" or "Plaintiff"), for an Order granting the *pro hac vice* admission of Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq., of the law firm of Oppenheim + Zebrak LLP, on notice to and with the consent of Defendant

127291623.1

Chegg, Inc., through counsel, and the Court having considered the application, and for good cause shown:

**IT IS** on this _____ day of _____, 2021,

**ORDERED** that Matthew J. Oppenheim, Esq. a member in good standing of, *inter alia*, the Maryland State Bar, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiff in this matter pursuant to L. CIV. R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that Scott A. Zebrak, Esq. a member in good standing of, *inter alia*, the Virginia State Bar, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiff in this matter pursuant to L. CIV. R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that Nicholas C. Hailey, Esq. a member in good standing of, *inter alia*, the Virginia State Bar, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Plaintiff in this matter pursuant to L. CIV. R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to L. CIV. R. 101.1(c)(2) and (3), Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq. shall pay the annual fee of $212.00 to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, enclosing with payment a completed Form PHV, and shall make payment to the Clerk, United States District Court, in the amount of one hundred fifty dollars ($150.00); and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Fox Rothschild LLP, attorneys

of record for Plaintiff, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all states of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorney herein; and

**IT IS FURTHER ORDERED** that Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1 Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq. shall notify this Court immediately of any disciplinary charges brought against them in the Bar of any other Court; and

**IT IS FURTHER ORDERED** that Matthew J. Oppenheim, Esq., Scott A. Zebrak, Esq., and Nicholas C. Hailey, Esq. shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Contingency Fee Rule, Rule 1:27-7, as amended; and

**IT IS FURTHER ORDERED** that Fox Rothschild LLP may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

_____
Hon. Edward S. Kiel, U.S.M.J.