**FOX ROTHSCHILD LLP**
Karen A. Confoy
Paul W. Kalish
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
Fax: (609) 896-1469
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

OF COUNSEL:

**OPPENHEIM + ZEBRAK LLP**
Matthew J. Oppenheim (pro hac vice forthcoming)
Scott A. Zebrak (*pro hac vice* forthcoming)
Nicholas C. Hailey (*pro hac vice* forthcoming)
Ever M. Hess
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2174
*Attorneys for Plaintiff Pearson Education, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Case No. 2:21-cv-16866-SDW-ESK <br><br> **NOTICE OF APPEARANCE OF EVER M. HESS** |

**To:** The Honorable Clerk of the Court and All Counsel of Record

**PLEASE TAKE NOTICE** that I, Ever M. Hess of Oppenheim + Zebrak LLP, am admitted or otherwise authorized to practice in this Court, and hereby enter my appearance in this case as counsel for Plaintiff Pearson Education, Inc., and respectfully request that copies of all papers and electronic notices in this action be served upon me at Ever@OandZLaw.com.

Dated: November 1, 2021

*/s/ Ever M. Hess*
Ever M. Hess
**Oppenheim + Zebrak LLP**
4530 Wisconsin Ave, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2174
Ever@OandZLaw.com