

# ORDER

Fox Rothschild LLP
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600 Fax (609) 896-1469
www.foxrothschild.com

Karen A. Confoy
Direct Dial: (609) 844-3033
Email Address: kconfoy@foxrothschild.com

September 28, 2022

**VIA ECF**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: **Pearson Education, Inc. v. Chegg, Inc.**
**Civil Action No. 2:21-cv-16866-SDW-ESK**

Dear Judge Kiel:

This firm represents Plaintiff in the above referenced action. I write jointly on behalf of Plaintiff and Defendant, with the consent of Defendant's counsel, to respectfully request an extension until October 21, 2022 for the parties to file a Local Rule 5.3 consolidated motion on Defendant's request to seal and file redacted versions of portions of one of the exhibits to the parties joint discovery dispute letter dated September 15, 2022 [Dkt. No. 68-4].

If this extension is acceptable to the Court, the parties respectfully request that the Court "So Order" this letter.

138411563.1



Hon. Edward S. Kiel, U.S.M.J.
September 27, 2022
Page 2

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Karen A. Confoy*
Karen A. Confoy

**So Ordered**, this **29th** day of **September**, 2022

*/s/ Edward S. Kiel*
Hon. Edward S. Kiel, U.S.M.J.

cc:   Counsel of Record (*via* ECF)

135669259.1
138411563.1