

CHIESA SHAHINIAN & GIANTOMASI PC

One Boland Drive, West Orange, NJ 07052
csglaw.com

**MARIE L. MATHEWS**
Member
mmathews@csglaw.com

O  973.530.2099     F  973.325.1501

November 22, 2022

***Via ECF***
Honorable Edward S. Kiel, U.S.M.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Courtroom 8
Newark, NJ 07102

SO ORDERED

  s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Re:   *Pearson Education, Inc. v. Chegg, Inc.*, 2:21-cv-16866 (EP-ESK)   Date: 11-23/2022

Dear Judge Kiel:

    This firm, together with Cooley LLP, represents Defendant Chegg, Inc. ("Chegg") in this matter. Chegg writes to request an extension of time to respond to Plaintiff Pearson Education, Inc.'s ("Pearson") appeal of this Court's November 7, 2022 Opinion and Order (ECF No. 85) (the "Order"). Pearson consents to this request, provided that it receives a commensurate adjustment of its time to file its reply.

    We understand that Chegg's response to Pearson's appeal is currently due on December 5, 2022 and that Pearson's reply is currently due on December 12, 2022.[1] Because of the Thanksgiving holiday and because there is currently an in-person hearing also scheduled for December 5, 2022, Chegg respectfully requests an extension of one day, until December 6, 2022, to file its response, as well as an adjustment of one day for Pearson to file its reply, to December 13, 2022.

    We thank the Court for its attention to this request.

                      Respectfully Submitted,

                      */s/ Marie L. Mathews*

                      Member

---

[1] The Court's motion calendar states that the next applicable motion date is December 19, 2022. Pursuant to Local Civil Rule 72.1(c)(1)(A), Chegg's response is due 14 days before the return date, on December 5, 2022. Pearson's reply is due seven days before the return date, on December 12, 2022.