

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**MARIE L. MATHEWS**
Member
mmathews@csglaw.com

O 973.530.2099     F 973.325.1501

January 27, 2023

*VIA ECF*

The Honorable Edward S. Kiel
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street - Room 4015
Newark, NJ 07101

Re:   *Pearson Education, Inc. v. Chegg, Inc.*
      Civil Action No. 2:21-cv-168866-SDW-ESK

Dear Judge Kiel:

    This firm, together with Cooley LLP, represents Defendant Chegg, Inc. ("Chegg") in the above-referenced matter. Chegg writes to request that video or phone conferencing be made available for the February 6, 2023 conference to allow its in-house counsel to attend the proceedings remotely. All other counsel will appear in person. Plaintiff Pearson Education, Inc. consents to this request.

    We thank the Court for its attention to this matter.

> Respectfully Submitted,
>
> */s/Marie L. Mathews*

cc:   All Counsel of Record (via ECF)

NEW JERSEY     NEW YORK

4883-0346-5293.v1