# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-472-354**

**Effective Date of Registration:**
August 14, 2017

## Title
- **Title of Work:** Campbell Biology, 11/e

## Completion/Publication
- **Year of Completion:** 2016
- **Date of 1st Publication:** October 19, 2016
- **Nation of 1st Publication:** United States
- **International Standard Number:** ISBN 9780134093413

## Author

- **Author:** Lisa A. Urry
  - **Author Created:** text
  - **Work made for hire:** No
  - **Domiciled in:** United States

- **Author:** Michael L. Cain
  - **Author Created:** text
  - **Work made for hire:** No
  - **Domiciled in:** United States

- **Author:** Steven A. Wasserman
  - **Author Created:** text
  - **Work made for hire:** No
  - **Domiciled in:** United States

- **Author:** Peter V. Minorsky
  - **Author Created:** text
  - **Work made for hire:** No
  - **Domiciled in:** United States

- **Author:** Jane B. Reece
  - **Author Created:** text
  - **Work made for hire:** No
  - **Domiciled in:** United States

PEAR000444708

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Pearson Education, Inc. |
| | 330 Hudson St., New York, NY, 10013, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | text, Excludes third party text and photographs |
| Previous registration and year: | TX8-307-770, 2017 |
| | TX7-304-625, 2010 |
| New material included in claim: | text, Revised and updated text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Pearson Education, Inc. |
| Email: | usapermissions@pearson.com |

## Certification

| | |
|---|---|
| Name: | Barbara Ryan |
| Date: | August 08, 2017 |
| Applicant's Tracking Number: | 9780134093413 |



PEAR000444709