**Exhibit B**

*Representative examples of these facts stated on Pearson's copyright registration certificates*

**Campbell Biology (Textbook #26 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
| --- | --- | --- | --- | --- | --- |
| 1 | TX0002094016 | the Benjamin/Cummings Publishing Company | Photos prev. copyrighted. | | New Matter: "text and illustrations." |
| 2 | TX0002751960 | Benjamin/Cummings Publishing Company | Text of 1st ed. prev. reg. 1987, TX 2-094-016 | | New Matter: "textual revisions." |
| 3 | TX0003558382 | Benjamin/Cummings Publishing Company (employer for hire) | Prev. reg. 1990, TX 2-751-960 | | New Matter: revisions & additions |
| 4 | TX0003206651 | Benjamin/Cummings Publishing Company | Prev. reg. 1993, TX 3-558-382 | | New Matter: additions & revisions. |
| 5 | TX0004862374 | Addison Wesley Longman, Inc. *(employer for hire)* | Prev. reg. 1996, TX 4-206-651 | | New Matter: ill., photos, additional & rev. text. |

**Human Anatomy & Physiology (Textbook #86 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 1 | TX0002585534 | the Benjamin/Cummings Publishing Company (*employer for hire*) | | | |
| 2 | TX0003239579 | Benjamin/Cummings Publishing Company (*employer for hire*) | Prev. reg. 1989, TX 2-585-534 | | New Matter: additions & revisions |
| 3 | TX0003853726 | Benjamin/Cummings Publishing Company (employer for hire) | Prev. reg. 1992, TX 3-239-579. | | New Matter: revisions & additions |
| 4 | TX0004608033 | Benjamin/Cummings Publishing Company | Prev. reg. 1994, TX 3-853-726. | | New Matter: additions & revisions in text, artwork & ill., & text, ill. & artwork on CD-ROM. |
| 5 | PA0000973373 | Addison Wesley Longman, Inc. (employer for hire) | Some text & ill. prev. pub. 1998, TX 4-608-033 & some preexisting material | | New Matter: new text & ill; audiovisual material. |
| 10 | TX0008013919 | Pearson Education, Inc., Transfer: By written agreement | 2012, TX7-509-831 | text, photographs, artwork, Previous edition plus some 3rd party provided content. | text, editing, artwork, Revised and updated. |

3

**Basic College Mathematics (Textbook #8 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| Annotated Instructor's ed. | TX0004890614 | Prentice-Hall, Inc., a Simon & Schuster company | | | |
| 1 | TX0005077217 | Prentice-Hall, Inc. | | | |
| 2 | TX0005618676 | Pearson Education, Inc. | Prev. reg. | | New Matter: rev. & updated. |
| 3 | *No registration for this edition* | | | | |
| 4 | TX0007632484 | Pearson Education, Inc., Transfer: By written agreement. | | photographs, Previously copyrighted material. | text, Revised and updated. |

**Basic Technical Mathematics (Textbook #9 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | A00000698241 | Allyn J. Washington (A) | | | |
| 2 | RE0000786711 | Allyn J. Washington (A) | | | New Matter: 30 % of material is new & some revision |

### Biology: Life on Earth (Textbook #15 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 1 | TX0001789525 | Macmillan Educational Company, a division of Macmillan, Inc. | Preexisting material: approx. 300 ill. & scattered quotations. | | New Matter: additional material. |

### Brock Biology of Microorganisms (Textbook #17 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | RE0000783674 | Thomas D. Brock (A) | | | |

### Business Mathematics (Textbook #20 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 2 | TX0000250340 | Scott, Foresman and Company | Prev. reg. 1974, A505819. | | New Matter: additional text. |
| 3 | TX0001084934 | Scott, Foresman and Company | Prev. reg. 1979, TX 250-340. | Portions of this book prev. pub. in Mathematics for business. | New Matter: "new textual material." |

### Intermediate Algebra (Textbook #92 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 2 | TX0004478937 | Prentice-Hall, Inc., Simon & Schuster/a Viacom Company | Prev. ed. & photos prev. reg. 1993. | | New Matter: new & rev. material added. |

**Intermediate Algebra (Textbook #93 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | TX0000484043 | Scott, Foresman, and Company | Portions prev. copyrighted by Scott, Foresman & pub. in other titles. | | New Matter: "new material." |

6

## Medical Terminology for Health Care Professionals

### (Textbook #112 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | TX0001806136 | Appleton-Centurn-Crofts | | | |
| 2 | TX0003053926 | Appleton & Lange, Inc. (*copyright notice: notice: Appleton & Lange, a publishing division of Prentice Hall*) | Prev. reg. | | New Matter: updating, additions. |

**Prehospital Emergency Care (Textbook #132 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | TX0000932213 | Morton Publishing Company | Preexisting material: ill., random qutotations [sic] & adaptations from prev. pub. works. | | New Matter: "all remaining text." |
| 4 | TX0003647865 | Prentice-Hall, Inc., a Paramount Communications company | Prev. reg. | | New Matter: additions & updating. |
| 5 | TX0004155249 | Prentice-Hall, Inc., Simon & Schuster, a Viacom company | Prev. reg. as Prehospital emergency care & crisis intervention, 1993, TX 3-647-865. | | New Matter: additions & revisions. |

**Principles of Risk Management and Insurance (Textbook #135 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 4 | TX0003166365 | HarperCollins Publishers, Inc. | Prev. reg. | | New Matter: additions & revisions. |
| 5 | TX0003987192 | HarperCollins College Publishers | Prev. reg. | | New Matter: revisions & updating. |

### Starting Out with C++ (Textbook #136 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| Brief 2nd ed. | TX0005193832 | Scott/Jones, Inc. | | | |

### Starting Out with Python (Textbook #137 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | TX0007081350 | Pearson Education Inc, Transfer: Transfer of ownership by publishing agreement. | | Some mataerial [sic] used with permission. | Remainder of work. |

### Statistics (Textbook #138 on Exhibit A to Complaint)

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 3 | TX0001678761 | Dellen Publishing Company, a division of Macmillan, Inc. | Prev. reg. 1982, TX 1-106-305. | | New Matter: "revisions & additions." |
| 6 | TX0003758683 | Macmillan College Publishing Company, Inc. | Prev. reg. Appl. states copyright not claimed on software. | | New Matter: additions & revisions. |

9

**Strategic Management (Textbook #145 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 1 | TX0001776204 | Merrill Publishing Company | | | |
| 3 | TX0002961768 | Macmillan Publishing Company | Prev. reg. 1987. | | New Matter: "new and revised text and figures." |

**Calculus: Early Transcendentals (Textbook #147 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| 2 | RE0000105211 | George B. Thomas, Jr. (A) | | | New Matter: "completely rev. & new chapter added." |

**Total Fitness and Wellness (Textbook #148 on Exhibit A to Complaint)**

| Edition | Registration No. | Copyright Claimant | Disclaimed Previous Registration | Disclaimed Pre-existing Material | Basis of Claim |
|---|---|---|---|---|---|
| N/A | TX0004131659 | Allyn & Bacon (employer for hire of Scott K. Powers & Stephen L. Dodd) | | | |