# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-16866 <br><br><br> **ORDER OF THE <br> SPECIAL DISCOVERY MASTER AS <br> RESULT OF FEBRUARY 16, 2023 <br> STATUS CONFERENCE** |

**LINARES, J.**

The undersigned having been appointed as Special Master in the within matter by way of the Court's February 8, 2023 Order (ECF No. 111); and the Special Master having held a preliminary status conference with counsel for the Parties on February 16, 2023; and for the reasons set forth on the record during the aforementioned preliminary status conference;

**IT IS** on this 16th day of February, 2023,

**ORDERED** that, on or before Wednesday, February 22, 2023, the Parties shall submit a Joint Letter outlining the mutually agreed upon order that the Parties believe Special Master should decide the disputes currently pending before the Court; and it is further

**ORDERED** that said Joint Letter shall also set forth whether the Parties believe additional briefing or oral argument is necessary for any particular pending dispute(s); and it is further

**ORDERED** that, upon receipt and review of the Parties' aforementioned Joint Letter, the Special Master will issue a scheduling order; and it is further

**ORDERED** that the Parties shall continue their meet-and-confer efforts to resolve any disputes regarding search terms and/or custodians; and it is further

**ORDERED** that by the close of business on Friday, February 17, 2023, counsel for each Party shall send Margaret Leton (mleton@mccarter.com) an email with the name and contact information of the person at their respective office to whom the invoices should be directed; and it is further

**ORDERED** that Parties shall appear before the Special Master on March 9, 2023 at 10:00 AM EST, via Zoom, for a status conference.

**SO ORDERED**.

                                                                                                           /s/ *Jose L. Linares*

                                                                                     Hon. Jose L. Linares, U.S.D.J. (Ret.)