**FOX ROTHSCHILD LLP**
Karen A. Confoy
Paul W. Kalish
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648
Phone: (609) 844-3033
Fax: (609) 896-1469
kconfoy@foxrothschild.com
pkalish@foxrothschild.com

**OPPENHEIM + ZEBRAK, LLP**
Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Nicholas C. Hailey (*pro hac vice*)
Daryl L. Kleiman (*pro hac vice*)
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
(202) 480-2174
*Attorneys for Plaintiff Pearson Education, Inc.*

# ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Case No. 2:21-cv-16866-EP-ESK <br><br> *Filed Electronically* <br><br> **STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

Plaintiff, Pearson Education, Inc. ("Pearson"), by counsel Fox Rothschild LLP and Oppenheim + Zebrak, LLP, and Defendant Chegg, Inc. ("Chegg"), by counsel Chiesa Shahinian & Giantomasi, PC, Cooley LLP and Fenwick & West LLP, hereby stipulate and agree as follows:

1

145543241.1

1. Chegg hereby stipulates and agrees to allow Pearson to file and serve an amended complaint in the form attached hereto as Exhibit 1.

2. Pearson and Chegg stipulate and agree that Chegg reserves all rights to respond and assert defenses to the amended complaint.

3. Pearson hereby stipulates and agrees to file its amended complaint in the form attached as Exhibit 1 within two (2) business days following the filing of this Stipulation.

4. The parties agree to extend the time within which Chegg has to respond to the Amended Complaint without need of Court order from the original deadline of fourteen days (14) days to twenty-eight (28) days.

| | |
|---|---|
| **FOX ROTHSCHILD LLP**<br>*Attorneys for Plaintiff* | **CHIESA SHAHINIAN & GIANTOMASI PC**<br>*Attorneys for Defendant* |
| By: *s/ Karen A. Confoy*<br>Karen A. Confoy, Esq.<br>997 Lenox Drive<br>Lawrenceville, New Jersey 08648<br>Phone: (609) 844-3033<br>Fax: (609) 896-1469<br>kconfoy@foxrothschild.com<br>pkalish@foxrothschild.com<br><br>Matthew J. Oppenheim, Esq. (*pro hac vice*)<br>Scott A. Zebrak, Esq. (*pro hac vice*)<br>Jeffrey M. Gould, Esq. (*pro hac vice*)<br>Nicholas C. Hailey, Esq. (*pro hac vice*)<br>Daryl L. Kleiman, Esq. (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br><br>Dated: May 10, 2023 | By: *s/ Marie L. Mathews*<br>Marie L. Mathews, Esq.<br>One Boland Drive<br>West Orange, New Jersey 07052<br>Phone: (973) 530-2127<br>Fax: (973) 325-1501<br>mmathews@csglaw.com<br><br>Michael Sheetz, Esq. (*pro hac vice*)<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br><br>John Paul Oleksiuk, Esq. (*pro hac vice*)<br>Stephanie Schuyler, Esq. (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, New York 10001<br>Laurence Pulgram, Esq. (*pro hac vice*)<br>David Hayes, Esq. (*pro hac vice*)<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA 94104<br><br>Dated May 10, 2023 |

**So Ordered.**

    */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.**
**Date: May 11, 2023**