# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEGG, INC.,<br><br>　　　　　　Defendant. | Civil Action No.: 21-16866<br><br><br>**ORDER OF THE<br>SPECIAL DISCOVERY MASTER RE:<br>CLAWBACK REQUESTS** |

**LINARES, J.**

　　This matter having come before the Special Master by way of the Joint Submission Outlining Logistics and Priority of Outstanding Discovery Disputes submitted by Plaintiff Pearson Education, Inc. ("Pearson") and Chegg, Inc. ("Chegg") with respect to section <u>II. Privilege disputes</u>; and the Special Master having reviewed the parties' previous submissions on their respective requests to claw back certain documents inadvertently produced, including Pearson's clawback request (ECF 99) and Chegg's clawback request (ECF 106 at 12-15); and the Special Master having conducted an *in camera* review of the documents subject to the parties' respective clawback requests; and the Special Master having held a hearing on April 4, 2023 with respect to outstanding discovery disputes; and counsel for the parties appearing; and for the reasons set forth on the record during the aforementioned hearing;

　　**IT IS** on this 12th day of May, 2023,

ME1 44215704v.1

**ORDERED** that Pearson's request to claw back nine documents identified in entries 2, 3 and 16-21 (entry 16 contains a parent email and attachment) on Pearson's privilege log be and hereby is **GRANTED**; and it is further

**ORDERED** that Chegg's request to claw back three documents identified as entries 2, 9 and 11 on Chegg's privilege log be and hereby is **GRANTED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jose L. Linares*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　Hon. Jose L. Linares, U.S.D.J. (Ret.)