**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-16866 <br><br><br> **ORDER OF THE** <br> **SPECIAL DISCOVERY MASTER RE:** <br> **NUMBER OF CUSTODIANS** |

**LINARES, J.**

This matter having come before the Special Master by way of the Joint Submission Outlining Logistics and Priority of Outstanding Discovery Disputes submitted by Plaintiff Pearson Education, Inc. ("Pearson") and Chegg, Inc. ("Chegg"), section III.A with respect to the number of custodians (ECF 106 at 9-12, 26-28); and the Special Master having reviewed the parties' submissions, including the Joint Submission on the Status of the Parties' Negotiations Regarding Search Terms and Custodians and the parties' respective submissions dated March 16, 2023; and the Special Master having held a status conference on March 9, 2023 and a hearing on April 4, 2023 with respect to outstanding discovery disputes; and counsel for the parties appearing; and for the reasons set forth on the record during the aforementioned hearing;

**IT IS** on this 12th day of May, 2023,

**ORDERED** that Pearson shall be permitted to request documents from an additional 10 custodians of Chegg; and it is further

**ORDERED** that Chegg shall be permitted to request documents from an additional 5 custodians of Pearson; and it is further

**ORDERED** that either party may move for relief before the Special Master in the event that the collection, review and production of documents from these additional custodians creates a burden (supported by detailed facts and evidence, including time, effort and cost of such production) that is disproportionate to the needs of the case; and it is further

**ORDERED** that either party may move before the Special Master for additional custodians on good cause shown.

**SO ORDERED**.

_/s/ Jose L. Linares_

Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 44215704v.1