**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CHEGG, INC.,<br><br>                    Defendant. | Civil Action No.: 21-16866<br><br><br><br>**ORDER OF THE**<br>**SPECIAL DISCOVERY MASTER**<br>**REGARDING CHIPRO, TRAINING**<br>**COMMUNICATIONS, SUBMISSIONS OF**<br>**QUESTIONS, AND INCIDENT REPORTS** |

**LINARES, J.**

This matter comes before the Special Master by way of the Parties' Joint Submission Outlining Logistics and Priority of Outstanding Discovery Disputes; and the Special Master having reviewed the Parties' previous submissions as to discovery disputes regarding CHIPRO, Training Communications, Submission of Questions and Incident Reports (ECF 106 at 5-9); and the Special Master having held Oral Argument on April 4, 2023 with respect to outstanding discovery disputes; and for the reasons set forth on the record during the aforementioned hearing;

**IT IS** on this 24th day of May, 2023,

**ORDERED** that Pearson's demands for documents pertaining to CHIPRO and Submission of Questions are hereby **DENIED AS MOOT**; and it is further

**ORDERED** that "CHIPRO" shall be added as a search term; and it is further

**ORDERED** that Pearson's demand for documents pertaining to Training Communications is hereby **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Chegg shall run appropriate searches across all custodians pertaining to this demand.  Thereafter, Chegg shall provide Pearson with a "hit report."  Based on that "hit report", the Parties will advise the Special Master if additional judicial intervention is necessary. In the event Chegg renews a burden or proportionality objection after review of the "hit report", said objection shall be as detailed as possible; and it is further

**ORDERED** that Pearson's request for discovery regarding Chegg's "Incident Reports" is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Chegg shall search for and produce any "Incident Report" discovery in its possession that pertains to Pearson content only; and it is further

**ORDERED** that Pearson's request for all emails regarding "Incident Reports" is **DENIED**; and it is further

**ORDERED** that all of the discovery required by this Order shall be produced no later than May 31, 2023.

**SO ORDERED**.

_  /s/ *Jose L. Linares*_____

Hon. Jose L. Linares, U.S.D.J. (Ret.)

ME1 44958118v.1