UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-16866 <br><br><br> **ORDER OF THE SPECIAL DISCOVERY MASTER RE: PLAINTIFF'S REQUEST FOR PRODUCTION OF OUTSTANDING DOCUMENTS** |

**LINARES, J.**

This matter comes before the Special Master by way of the Parties' Joint Submission Outlining Logistics and Priority of Outstanding Discovery Disputes; and the Special Master having reviewed the Parties' submissions as to Plaintiff Pearson Educations, Inc.'s application to compel Defendant Chegg, Inc. to produce certain documents that Pearson alleges Chegg has agreed or been ordered to produce (ECF No. 106 at 3-5); and the Special Master having held Oral Argument on April 4, 2023 with respect to outstanding discovery disputes; and for the reasons set forth on the record during the aforementioned hearing;

**IT IS** on this 5th day of June, 2023,

**ORDERED** that Pearson's demand for Chegg user log data is **GRANTED**; Chegg shall produce user log data for each of the 150 works in suit in a manner consistent with the content and

format set forth in Court Exhibit 2 (Bates-stamped Chegg 11316-11319) by April 25, 2023; and it is further

**ORDERED** that Pearson's demand for additional documents regarding the "blind studies" referenced in Paragraph 28 of Chegg's Answer is **DENIED AS MOOT**; and it is further

**ORDERED** that Pearson's demand for Profit and Loss Data for Chegg Study is **GRANTED**; Chegg shall produce the remaining Profit and Loss statements for Chegg Study for the years 2010 to the present by April 25, 2023; and it is further

**ORDERED** Pearson's request for underlying studies for Chegg's "Q1 '17 Research is **DENIED**; and it is further

**ORDERED** that Chegg shall provide a letter from counsel to the Special Master detailing what steps it undertook to search for documents responsive to Pearson's request for underlying studies for Chegg's "Q1 '17 Research.

**SO ORDERED**.

/s/ *Jose L. Linares*
Hon. Jose L. Linares, U.S.D.J. (Ret.)