

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

MARIE L. MATHEWS
Member
mmathews@csglaw.com

O  973.530.2099     F  973.325.1501

June 9, 2023

*Via ECF*
Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

Re:   *Pearson Education, Inc. v. Chegg, Inc., 2:21-cv-16866 (MEF-ESK)*

Dear Judge Farbiarz

    This firm, together with Cooley LLP, represents Defendant Chegg, Inc. ("Chegg") in this matter. Chegg writes to request a modification of the briefing schedule regarding Plaintiff Pearson Education, Inc.'s ("Pearson") Appeal of and Objection to The Opinion and Order of the Special Discovery Master as to the Discoverability of Chegg Study Purportedly Being Used for Cheating (ECF No. 134) (the "Appeal"). Pearson consents to the modification.

    In order to allow both parties sufficient time to brief the Appeal, we respectfully request that Your Honor order the following schedule:

1. June 20, 2023: Deadline for Chegg to file its opposition to the Appeal; and
2. June 27, 2023: Deadline for Pearson to file reply in further support of the Appeal.

    We thank the Court for its attention to this request.

Respectfully submitted,

*/s/ Marie L. Mathews*

Member

NEW JERSEY     NEW YORK

**Error! Unknown document property name.**