UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-16866 <br><br><br> **ORDER OF THE SPECIAL DISCOVERY MASTER** |

**LINARES, J.**

**WHEREAS**, this matter having come before the Special Master by way of a Letter dated August 29, 2023 from Chegg, Inc. requesting an order to compel Pearson Education, Inc. ("Pearson") to produce chain-of-title documents for all asserted copyrights;

**WHEREAS**, Pearson submitted a response dated September 11, 2023 ("Response") advising that the parties have reached a resolution of this dispute as set forth in its Response, which Chegg confirmed by email dated September 19, 2023;

**WHEREAS**, the parties jointly requested an extension of the deadline for the "substantial completion" of party document production to allow for Pearson's production as set forth in its Response;

**IT IS** on this 28th day of September, 2023,

**ORDERED** that Pearson shall have until October 20, 2023 to complete its production as set forth in its Response.

**SO ORDERED**.

  /s/ *Jose L. Linares*

Hon. Jose L. Linares, U.S.D.J. (Ret.)