# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-cv-16866 <br><br><br><br><br> **ORDER OF THE SPECIAL MASTER** |

**LINARES, L.**

The Special Master's Sept. 12, 2024 Opinion was previously filed on the Court's docket under temporary seal. (ECF No. 174). By way of proposed Order and email date November 5, 2024, the Parties have confirmed that the need to maintain this Opinion under seal no longer is present. Thus, for the foregoing reasons, and for good cause shown,

**IT IS**, on this 5th day of November, 2024;

**ORDERED** that that the temporary seal of the Special Master's Sept. 12, 2024 Opinion (ECF No. 174) be lifted and that the Opinion be made publicly available on the Court's docket. This Order applies only to the Special Master's Opinion itself, and has no effect as to the confidentiality status of any underlying deposition transcripts or party documents.

**SO ORDERED.**

1

ME1 50896135v.1

/s/ *Jose L. Linares*
Hon. Jose L. Linares, U.S.D.J. (Ret.)