

Mail: P. O. Box 5231, Princeton, NJ 08543-5231
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

CORINNE MCCANN TRAINOR
Direct No: 609.844.3038
Email: CTrainor@FoxRothschild.com

December 6, 2024

**VIA ECF**

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **Re:**    **Pearson Education, Inc. v. Chegg, Inc.**
               **Case No. 2:21-cv-16866 (MEF)(AME)**

Dear Judge Farbiarz:

       This firm represents Plaintiff Pearson Education, Inc. ("Pearson") in the above-referenced matter. We write jointly on behalf Pearson and Defendant Chegg, Inc. ("Chegg") to update the Court, pursuant to Your Honor's October 29, 2024 Order (Dkt. No. 180), regarding the parties' efforts to resolve this matter.

       The Parties have had productive conversations regarding potential resolution, and do not presently anticipate requesting further relief from the December 12, 2024, summary judgment deadline or page limit. The parties will update the Court further prior to that deadline.

       We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Corinne McCann Trainor*

Corinne McCann Trainor

cc:    All Counsel of Record (via ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington