# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHEGG, INC., <br><br> Defendant. | Civil Action No.: 21-16866 <br><br> **SCHEDULING ORDER** |

**LINARES, J.**

This matter having been brought before the Court by joint letter dated December 11, 2024 from the parties requesting an order adjusting the briefing schedule for motions for summary judgment and *Daubert* motions and extending the date for submission of affirmative motions by one week in order to facilitate the parties' ongoing efforts to settle their dispute (ECF 183); and the Special Master having received the joint request and after consultation with Hon. Mark E. Farbiarz, U.S.D.J.; and with the consent of Judge Farbiarz; and for good cause shown;

**IT IS** on this 12th day of December, 2024,

**ORDERED** that the one-week request for an extension be and hereby is **GRANTED**; and it is further

**ORDERED** that submissions shall be filed in accordance with the following schedule:

| Submission | Deadline |
|---|---|
| Affirmative motions | December 19, 2024 |
| Oppositions | January 29, 2025 |
| Replies | March 6, 2025 |

ME1 51446109v.1

and it is further

**ORDERED** that pursuant to Judge Farbiarz's instruction, the parties are to communicate to the Special Master by the close of business on December 19, 2024 the status of the parties' efforts to settle the matter, and if a settlement is consummated prior to that date, the parties shall immediately notify the Special Master that the matter has been settled.

**SO ORDERED**.

                                              /s/ *Jose L. Linares*

                                              Hon. Jose L. Linares, U.S.D.J. (ret.)