IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEGG, INC.,<br><br>　　　　Defendant. | Civil No. 21-cv-16866-MEF-AME<br>Judge Michael E. Farbiarz<br><br>**STIPULATION OF DISMISSAL** |

　　Plaintiff Pearson Education, Inc. ("Pearson"), by and through its attorneys, and Defendant Chegg, Inc. ("Chegg""), by and through its attorneys, hereby stipulate and agree that the above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to the terms of the parties' confidential settlement agreement.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| **Attorneys for Plaintiff Pearson Education, Inc.** | **Attorneys for Defendant Chegg, Inc.** |
|---|---|
| /s/ *Corinne McCann Trainor* | /s/ *Marie L. Mathews, Esq.* |
| **FOX ROTHSCHILD LLP** | **CHIESA SHAHINIAN & GIANTOMASI PC** |
| Princeton Pike Corporate Center | 105 Eisenhower Parkway |
| 997 Lenox Drive | Roseland NJ 07068 |
| Lawrenceville, NJ 08648 | Telephone: (973) 530-2099 |
| Phone: (609) 844-3033 | |
| Fax: (609) 896-1469 | Michael Sheetz, Esq. (*pro hac vice*) |
| ctrainor@foxrothschild.com | **COOLEY LLP** |
| | 500 Boylston St. |
| Matthew J. Oppenheim (*pro hac vice*) | Boston, MA 02116 |
| Scott A. Zebrak (*pro hac vice*) | Telephone: (617) 937-2300 |
| Jeffrey M. Gould (*pro hac vice*) | |
| Daryl L. Kleiman (*pro hac vice*) | Christa Anderson, Esq. (*pro hac vice*) |
| Nicholas C. Hailey (*pro hac vice*) | **COOLEY LLP** |
| **OPPENHEIM + ZEBRAK, LLP** | 3 Embarcadero Center, 20th Fl |
| 4530 Wisconsin Avenue, NW, 5th Floor | San Francisco, CA 94111 |
| Washington, DC 20016 | Telephone: (415) 693-2191 |
| Phone: (202) 480-2999 | |
| Fax: (866) 766-1678 | John Paul Oleksiuk, Esq. (*pro hac vice*) |
| matt@oandzlaw.com | Stephanie Schuyler, Esq. (*pro hac vice*) |
| scott@oandzlaw.com | **COOLEY LLP** |
| jeff@oandzlaw.com | 55 Hudson Yards |
| dkleiman@oandzlaw.com | New York, NY 10001 |
| nick@oandzlaw.com | Telephone: (212) 479-6000 |

Dated: December 19, 2024

**SO ORDERED:**

_____
HONORABLE MICHAEL E. FARBIARZ, U.S.D.J