IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEARSON EDUCATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHEGG, INC.,<br><br>Defendant. | Civil No. 21-cv-16866-MEF-AME<br>Judge Michael E. Farbiarz<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Pearson Education, Inc. ("Pearson"), by and through its attorneys, and Defendant Chegg, Inc. ("Chegg""), by and through its attorneys, hereby stipulate and agree that the above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant to the terms of the parties' confidential settlement agreement.

Respectfully submitted,

| Attorneys for Plaintiff Pearson Education, Inc. | Attorneys for Defendant Chegg, Inc. |
|---|---|
| /s/ *Corinne McCann Trainor*<br>**FOX ROTHSCHILD LLP**<br>Princeton Pike Corporate Center<br>997 Lenox Drive<br>Lawrenceville, NJ 08648<br>Phone: (609) 844-3033<br>Fax: (609) 896-1469<br>ctrainor@foxrothschild.com<br><br>Matthew J. Oppenheim (*pro hac vice*)<br>Scott A. Zebrak (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>Daryl L. Kleiman (*pro hac vice*)<br>Nicholas C. Hailey (*pro hac vice*)<br>**OPPENHEIM + ZEBRAK, LLP**<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20016<br>Phone: (202) 480-2999<br>Fax: (866) 766-1678<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>dkleiman@oandzlaw.com<br>nick@oandzlaw.com | /s/ *Marie L. Mathews, Esq.*<br>**CHIESA SHAHINIAN &**<br>**GIANTOMASI PC**<br>105 Eisenhower Parkway<br>Roseland NJ 07068<br>Telephone: (973) 530-2099<br><br>Michael Sheetz, Esq. (*pro hac vice*)<br>**COOLEY LLP**<br>500 Boylston St.<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br><br>Christa Anderson, Esq. (*pro hac vice*)<br>**COOLEY LLP**<br>3 Embarcadero Center, 20th Fl<br>San Francisco, CA 94111<br>Telephone: (415) 693-2191<br><br>John Paul Oleksiuk, Esq. (*pro hac vice*)<br>Stephanie Schuyler, Esq. (*pro hac vice*)<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6000 |

Dated: December 19, 2024

**SO ORDERED:**

_____
HONORABLE MICHAEL E. FARBIARZ, U.S.D.J